ACCEPTED
03-14-00236-CR
4729791
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 2:22:26 PM
JEFFREY D. KYLE
CLERK

# TRACY D. CLUCK
### ATTORNEY AT LAW

Telephone (512) 264-9997

Post Office Box 855
Dripping Springs, Texas 78620

Toll Free (866) 380-9997

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/1/2015 2:22:26 PM
JEFFREY D. KYLE
Clerk

April 1, 2015

Third Court of Appeals
P. O. Box 12547
Austin, TX 78711

Re:     *Kevin Todd Hardin v. The State of Texas*; No. 03-14-00236-CR;
        In The Third Court of Appeals—Austin

To The Honorable Court,

This letter certifies that I have, on March 25, 2015, forwarded a copy of the opinion and judgment, along with notification of appellant's right to file a pro se petition for discretionary review under Rule 68, to Appellant, Kevin Todd Hardin, by certified mail, return-receipt requested, to his last known address (per TDCJ website 3/25/2015).

Attached hereto you will find a copy of the letter sent to Appellant, a certified mail receipt and return receipt, in compliance with Rule 48.4.

Please let me know if the court requires anything further in this regard.

Respectfully submitted,

Tracy D. Cluck
Attorney for Appellant
Kevin Todd Hardin

Enclosure

# TRACY D. CLUCK

### ATTORNEY AT LAW

Telephone (512) 264-9997

Post Office Box 855
Dripping Springs, Texas 78620

Toll Free (866) 380-9997



March 25, 2015

Kevin Todd Hardin, TDCJ #01920319
TDCJ—Mark W. Michael Unit
2664 FM 2054
Tennessee Colony, TX 75886

> Re: *Kevin Todd Hardin v. The State of Texas*; 03-14-00236-CR; In The Court
> of Appeals for the Third District of Texas—Austin

Dear Mr. Hardin,

Enclosed you will find a copy of the judgment and memorandum opinion of the Third Court of Appeal at Austin affirming your conviction. I am sorry that the decision of the appellate court is not favorable for you. While the appeals court agreed with the argument I made in your brief—that the argument made to the jury by the prosecutor was improper—they found the error to be harmless and thus affirmed your conviction and sentence.

My appointment does not include filing a petition for discretionary review with the Texas Court of Criminal Appeals to appeal the decision of the Third Court of Appeals. You have a right to file a petition for discretionary review with the Texas Court of Criminal Appeals under Rule 68 of the Texas Rules of Appellate Procedure (the Texas Rules of Appellate Procedure, which sets out the rules for filing a petition for discretionary review with the Court of Criminal Appeals, should be available to you in the prison law library). The address for the Texas Court of Criminal Appeals is P. O. Box 12308, Austin, Texas 78711. If you desire to do this you will need to either hire an attorney to do this for you or do this yourself (this is called pro se). This must be done within thirty days of the date of the Court of Appeals judgment. However, you may request a sixty-day extension, which is usually granted (a first extension is generally routinely granted by the Court). Unlike your first appeal to the Court of Appeals, the Texas Court of Criminal Appeals, which is the highest appellate court for criminal matters in the state, is not required to accept your appeal.

I am reviewing the opinion and may be seeking a re-hearing or *en banc* reconsideration in the Third Court of Appeals. I will write and let you know if I do so on your behalf. However, if you desire to file a petition for discretionary review with the Texas Court of Criminal Appeals you should do so within the time periods set out above.

I only briefed the issues that I believed could be successful on direct appeal and that were properly preserved for appellate review by your trial counsel. There may be other issues that you can raise by a writ of habeas corpus. I am not appointed to do a writ for you and you are not entitled to an appointed lawyer for a writ. You will need to hire a lawyer to help you with a writ or pursue it yourself.

I am enclosing a CD of your trial record--which includes both the Reporter's Record and the Clerk's Record (this is how the records are provided to me—I do not have the ability to print these out for you in my office). You may also request a written copy of your record from the Burnet County District Clerk, 1701 E. Polk, Ste. 90, Burnet, Texas 78611. Please let me know if you need my help in obtaining your record.

I am also enclosing a copy of the State's Brief that was filed in your case.

Please let me know if you have any questions or if I can be of any assistance.

With kindest regards,

Tracy D. Cluck

Enclosures

U.S. Mail, CMRRR # 7012 1010 0000 6556 3593



